IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: Butler, Renee D | Case Number: 08 B 06247 |
|---|---|
| | Judge: Hollis, Pamela S |
| Printed: 6/10/08 | Filed: 3/17/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: April 28, 2008
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 0.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 0.00 |
| Trustee Fee: |  | 0.00 |
| Other Funds: |  | 0.00 |
| Totals: | 0.00 | 0.00 |

## DISBURSEMENT DETAIL

| # | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Fremont Investment & Loan | Secured | 0.00 | 0.00 |
| 2. | Cook County Treasurer | Secured | 0.00 | 0.00 |
| 3. | HSBC Auto Finance | Secured | 16,000.00 | 0.00 |
| 4. | City Of Chicago | Secured | 998.00 | 0.00 |
| 5. | Fremont Investment & Loan | Secured | 28,000.00 | 0.00 |
| 6. | Calvary Portfolio Services | Unsecured | 550.98 | 0.00 |
| 7. | HSBC Auto Finance | Unsecured | 226.70 | 0.00 |
| 8. | RJM Acquisitions LLC | Unsecured | 95.30 | 0.00 |
| 9. | Melanie Fitness Center | Unsecured | 180.00 | 0.00 |
| 10. | City Of Chicago Dept Of Revenue | Unsecured |  | No Claim Filed |
| 11. | Illinois State Police | Unsecured |  | No Claim Filed |
| 12. | TCF Bank | Unsecured |  | No Claim Filed |
| 13. | United States Dept Of Education | Unsecured |  | No Claim Filed |
| 14. | Midwest Physician Group | Unsecured |  | No Claim Filed |
| 15. | Nicor Gas | Unsecured |  | No Claim Filed |
| 16. | Quest Diagnostics Inc | Unsecured |  | No Claim Filed |
|  |  |  | _____ | _____ |
|  |  |  | $ 46,050.98 | $ 0.00 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
|  | _____ |
|  | $ 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:  Butler, Renee D

Printed:  6/10/08

Case Number:  08 B 06247
Judge:  Hollis, Pamela S
Filed:  3/17/08

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_____